## South Dakota Attorney General's Office
## Division of Criminal Investigation & Rapid City Police Department
## Computer/Digital Examination Report

**Offense:** Possession of Child Pornography

**Agency Case Number:** 15-216477

**Case Number:** 350D-MP-6531720

**DCI ECU#:** 2016-091HS
2016-092HS
2016-093HS
2016-094HS

**Referring Agency:**

**Referring Officer:** SA Oscar Ramirez

**Location of Exam:** RCPD Computer Lab

**Examiner:** Hollie Strand        **Location of Exam:** RCPD Computer Lab

**Subject:**
Chavez James Spotted Horse
159 Grand River Drive
Little Eagle, SD 57639
DOB: 10/24/76

**Analysis:**
1. Deleted files/folders recovered with Axiom V 6.7.7.1515
2. Keyword text searches conducted
3. Graphic files opened and viewed
4. Video files opened and viewed
5. Unallocated and slack space searched
6. Files of evidentiary value bookmarked in Axiom

**Summary of Findings:**
1. 247 child abuse images were located
2. Numerous child erotic images

On 12/24/15 I was tasked with completing the forensic examination of Items 1, 2, 3, 6, 7, 8, 11, 13, and 15. The following is a time table for the examination of the Items tasked for my examination:

7/25/16    Previewed Item #6 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1

File Number: 2015-
Date



000167

|  |  |
|---|---|
|  | Attempted to preview Item #1 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1. The file structure was not recognized. |
|  | Created a forensic image of Item #1-1 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1 |
|  | Created a forensic image of Item #1-2 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1 |
|  | Attempted to preview Item #2 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1. The hard drive was broken or corrupt and could not be read. |
|  | Attempted to preview Item #3 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1. The hard drive was broken or corrupt and could not be read. |
|  | Attempted to preview Item #8 however after the evidence was removed from the evidence bag it was discovered the computer did not have a hard drive. |
|  | Attempted to preview Item #14 however after the evidence was removed from the evidence bag it was discovered the computer did not have a hard drive. |
| 7/26/16 | Created a forensic image of Item #15 with Forensic Toolkit Imager using a Tableau write-block to interface the hard drive with Forensic MAC computer #1 |
| 8/5/16 | Processed the forensic image created of Item #1-1 with Axiom V 6.7.7.1515 |
|  | Examined Item #1-1 using Axiom V 6.7.7.1515 |
| 8/6/16 | Examined Item #1-1 using Axiom V 6.7.7.1515 |
| 8/7/16 | Examined Item #1-1 using Axiom V 6.7.7.1515 |
| 8/8/16 | Examined Item #1-1 using Axiom V 6.7.7.1515 |
|  | Processed the forensic image created of Item #1-2 with Axiom V 6.7.7.1515 |
| 8/9/16 | Examined Item #1-2 using Axiom V 6.7.7.1515 |

File Number: 2015-
Date

| | |
|---|---|
| 8/10/16 | Examined Item #1-2 using Axiom V 6.7.7.1515 |
| | Processed the forensic image created of Item #15 with Axiom V 6.7.7.1515 |
| 8/11/16 | Examined Item #15 using Axiom V 6.7.7.1515 |
| 8/12/16 | Examined Item #15 using Axiom V 6.7.7.1515 |
| 8/15/16 | Examined Item #15 using Axiom V 6.7.7.1515 |
| 8/17/16 | Special Agents Mike Diaz and Jerad Bihr examined the searched queries on Item #15 as the queries were in Spanish and I could not adequately review the queries that had been searched with Item #15. |

### Hard Disk Drives Examined

**Item #** 1-1                                       **ECU#:** 2016-091HS

**Computer Type:** Laptop
**Make and Model:** MSI                              **Serial #:** GX660R-060USK1007000115
**HDD Make:**  Western Digital   320GB               **Serial #:** WXG1A60X9201

Unable to obtain the following settings due to the RAID configuration

**Date:**         **Time:**
**Operating System:** (Installed)
**Computer Name:**
**Time Zone Setting:**
**User Accounts:**

**Item #** 1-2                                       **ECU#:** 2016-092HS

**Computer Type:** Laptop
**Make and Model:** MSI                              **Serial #:** GX660R-060USK1007000115
**HDD Make:**  Western Digital   320GB               **Serial #:** WXR1A6007314

Unable to obtain the following settings due to the RAID configuration

File Number:  2015-
Date

000169

**Date:**            **Time:**
**Operating System:** (Installed)
**Computer Name:**
**Time Zone Setting:**
**User Accounts:**

<u>Item #</u> 15

**Computer Type:** Laptop
**Make and Model:** Sony
**HDD Make:** Hitachi

<u>ECU#:</u> 2016-093HS

**Serial #:** 275456343005065
**Serial #:** 120331J2140059D3THTA

**Date:** 8/28/2014    **Time:** 3:30:47 AM
**Operating System:** Windows 7 Ultimate (Installed 11/5/2012 8:38:04 AM)
**Computer Name:** PICACHU-PC
**Time Zone Setting:**

| Standard Timezone Name | Current Timezone Offset | Daylight Timezone Name | Daylight Timezone Offset | Standard Time Offset | Display |
|---|---|---|---|---|---|
| Hora estándar, América Central | -360 | Hora de verano, América Central | -300 | -360 | (UTC-06:00) América Central |
| Hora estándar del Centro | -300 | Hora de verano del Centro | -300 | -360 | (UTC-06:00) Hora central (EE.UU. y Canadá) |

**User Accounts:**

| User Name | Full Name | Last Login Date/Time | Logon Count | Account Description |
|---|---|---|---|---|
| Administrador | | 7/14/2009 4:53:58 AM | 1 | Cuenta integrada para la administración del equipo o dominio |
| Picachu | | 8/28/2014 2:52:41 AM | 63 | |
| HomeGroupUser$ | HomeGroupUser$ | | 0 | Cuenta integrada para el acceso de grupo en el hogar al equipo |
| Invitado | | | 0 | Cuenta integrada para el acceso como invitado al equipo o dominio |
| Picachu | | 4/24/2013 11:22:35 | 45 | |

File Number: 2015-Date

000170

| User Name | Full Name | Last Login Date/Time | Logon Count | Account Description |
|---|---|---|---|---|
| | | PM | | |
| Invitado | | | 0 | Cuenta integrada para el acceso como invitado al equipo o dominio |
| HomeGroupUser$ | HomeGroupUser$ | | 0 | Cuenta integrada para el acceso de grupo en el hogar al equipo |
| Administrador | | 7/14/2009 4:53:58 AM | 1 | Cuenta integrada para la administración del equipo o dominio |

### Detailed Analysis Section

**Item 1-1**    **Details of Analysis:**

**Axiom Bookmarks**

**Age Difficult** – This bookmark contains a total of 136 images which depict individuals nude or engaged in sexual acts who look younger than eighteen years old. Without actual identification of the individuals it remains difficult to determine the legal or illegal nature of the images/videos.

**Child Abuse Images** – This bookmark contains 115 images containing child abuse material. The following is a detailed sample of some of the images contained in this bookmark:

**Record #1** – This is an image of a girl approximately 5-8 years old lying on her back, wearing a shirt and what appears to be thong underwear, with her legs spread open. The sides of her labia are exposed as well as the buttocks

**Record #5** – This is an image of a girl approximately 6-9 years old not wearing a shirt, holding a penis in her hand, with the penis touching her tongue and lips.

**Record #7** – This is an image of a girl approximately 5-7 years old, completed naked, lying on her back, with her legs spread open exposing her chest, nipples, and vaginal/labial region.

**Record #13** – This is an image of a girl approximately 4-7 years old, completed naked, standing with her hands on her hips, exposing her chest, nipples, and vaginal/labial region.

**Record #19** – This is an image of a girl approximately 4-7 years old, completed naked minus a pair of shoes, lying on her side, with her hand spreading open her buttocks, exposing her chest, nipples, and vaginal/labial region.

**Record #21** – This is a close-up image of a girl approximately 5-7 years old lying on her back wearing thong underwear, with her legs spread open exposing the majority of vaginal/labial region and buttocks.

File Number: 2015-
Date

000171

**Child Erotica** – This bookmark contains 296 images young girls and/or boys dressed or posed in sexually provocative clothing/positions, or young looking girls with graphics implying possible child pornography or erotica.

**Firefox SessionStore Artifacts**: There were a total of 2859 artifacts located and included sites related to Second Life, YouTube, email, pornography, and other various sites. The following two artifacts were bookmarked as they might be related to the focus of the investigation:

| Title | URL | File Path |
|---|---|---|
| ExtremeFuse.com | First Time - little Lolita | http://extremefuse.com/extreme-porn-videos/13364_first-time--little-lolita/ | Item #1-1.E01 - Entire Disk (298.09 GB) |
| Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | http://lovely-young-porn.com/ | Item #1-1.E01 - Entire Disk (298.09 GB) |

**Firefox Web History**: There were a total of 4120 artifacts from Firefox Web History which included sites related to google, Facebook, news media, pornography, and other various web sites. The following 4 artifacts were bookmarked as they might be related to the investigation.

| URL | Last Visited Date/Time | Title | Visit Count | Typed | File Path |
|---|---|---|---|---|---|
| http://lovely-young-porn.com/embed.php?content=719 | 10/21/2015 3:59:00 PM | Russian Lolita (2007) part 1 of 2 - Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | 1 | No | Item #1-1.E01 - Entire Disk (298.09 GB) |
| http://lovely-young-porn.com/gallery/russian-lolita-2007-part-1-of-2/?gYTrUcQYLe | 10/21/2015 3:58:59 PM | | 2 | No | Item #1-1.E01 - Entire Disk (298.09 GB) |
| http://lovely-young-porn.com/ | 10/21/2015 3:57:56 PM | Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | 1 | No | Item #1-1.E01 - Entire Disk (298.09 GB) |
| http://lovely-young-porn.com/embed.php?content=719#.Vie2Ub_gupo | 10/21/2015 3:59:14 PM | Russian Lolita (2007) part 1 of 2 - Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | 1 | No | Item #1-1.E01 - Entire Disk (298.09 GB) |

Item 1-2       Details of Analysis:

File Number: 2015-
Date

000172

**Axiom Bookmarks**

**Age Difficult** – This bookmark contains a total of 69 images and which depict individuals nude or engaged in sexual acts who look younger than eighteen years old. Without actual identification of the individuals it remains difficult to determine the legal or illegal nature of the images/videos.

**Child Abuse Images** – This bookmark contains 129 images containing child abuse material. The following is a detailed sample of some of the images contained in this bookmark:

> **Record 2**: This is an image of a girl approximately 6-8 years old wearing a shirt and what appears to be a pair of thong underwear. She is lying on her back, rolled up on her shoulders, with her knees drawn up to her face, exposing her buttocks, sides of her anus, and the sides of her labia. The underwear is pushed into her labia.
>
> **Record 4**: This is an image of a girl approximately 6-8 years old wearing a shirt and what appears to be a pair of thong underwear. She is lying on her back with her knees drawn up to her head, exposing her buttocks, and the sides of her labia as the underwear did not cover her entire vaginal/labial region.
>
> **Record 7**: This is an image of a girl approximately 5-8 years old what appears to be a costume from the neck to her waist but is naked from the waist down. She is lying on her elbows and knees exposing her vaginal/labial region and buttocks.
>
> **Record 12**: This is an image of a girl approximately 6-9 years old wearing only long gloves on her hands/arms. Her chest is covered but her vaginal/labial region is exposed.
>
> **Record 31**: This is an image of two girls approximately 6-9 years old completely naked lying on a bed together. One girl's legs are draped over the top of the other girl's body.
>
> **Record 38**: This is an image of a girl approximately 5-8 years old completely naked lying on her side exposing her chest/nipples and her vaginal/labial region.

**Child Erotica** – This bookmark contains 285 images young girls and/or boys dressed or posed in sexually provocative clothing/positions, or young looking girls with graphics implying possible child pornography/erotica.

**Pornography URLS** – There were a total of 1157 artifacts in Pornography URLs which included URLs from various pornography-related web sites. The following two artifacts were bookmarked as they might be related to the focus of the investigation:

| URL | Artifact ID | File Path |
|---|---|---|
| http://www.xvideos.com/video7612931/russian_lolita | 9cec3b0594b14f699db413af8900edc6 | Item #1-2.E01 - Entire Disk (298.09 GB) |
| http://www.xvideos.com/video1489 | bf228240030c478b988cbe0c3cfe7824 | Item #1-2.E01 - Entire |

File Number: 2015-
Date

| URL | Artifact ID | File Path |
|---|---|---|
| 269/russian_lolita_2007_part_1_of_2 | | Disk (298.09 GB) |

**Browser Activity**: There were a total of 2386 artifacts in the Browser Activity. The Browser Activity included web sites related to google, Microsoft, Facebook, pornography, search engines and various other websites. The following two artifacts were bookmarked as they might be related to the focus of the investigation:

| URL | File Path |
|---|---|
| http://www.xvideos.com/video7612931/russian_lolita | Item #1-2.E01 - Entire Disk (298.09 GB) |
| http://www.xvideos.com/video1489269/russian_lolita_2007_part_1_of_2 | Item #1-2.E01 - Entire Disk (298.09 GB) |

**Firefox SessionStore Artifacts**: There were a total of 2724 artifacts located and included sites related to Second Life, google, YouTube, pornography, and other various sites. The following artifact was bookmarked as it might be related to the focus of the investigation:

| Title | URL | File Path |
|---|---|---|
| Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | http://lovely-young-porn.com/ | Item #1-2.E01 - Entire Disk (298.09 GB) |

**Firefox Web History**: There were a total of 4336 artifacts from Firefox Web History which included sites related to google, Facebook, Second Life, pornography, and other various web sites. The following 5 artifacts were bookmarked as they might be related to the investigation.

| URL | Last Visited Date/Time | Title | Visit Count | Is Typed | File Path |
|---|---|---|---|---|---|
| https://marketplace.secondlife.com/p/Goth-Lolita-Avatar/5297835 | 9/26/2015 4:01:43 PM | Second Life Marketplace - Goth Lolita Avatar | 1 | No | Item #1-2.E01 - Entire Disk (298.09 GB) |
| http://lovely-young-porn.com/embed.php?content=719 | 10/21/2015 3:59:00 PM | Russian Lolita (2007) part 1 of 2 - Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | 1 | No | Item #1-2.E01 - Entire Disk (298.09 GB) |
| http://lovely-young-porn.com/gallery/russian-lolita-2007-part-1-of-2/?gYTrUcQYLe | 10/21/2015 3:58:59 PM | | 2 | No | Item #1-2.E01 - Entire Disk (298.09 GB) |
| http://lovely-young-porn.com/ | 10/21/2015 3:57:56 PM | Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every | 1 | No | Item #1-2.E01 - Entire Disk (298.09 GB) |

File Number: 2015-
Date

000174

| URL | Last Visited Date/Time | Title | Visit Count | Is Typed | File Path |
|---|---|---|---|---|---|
| | | day too much new videos! | | | |
| http://lovely-young-porn.com/embed.php?content=719#.Vie2Ub_gupo | 10/21/2015 3:59:14 PM | Russian Lolita (2007) part 1 of 2 - Lovely Young Porn - free young girls (teens) porno tubes. Check it out! Every day too much new videos! | 1 | No | Item #1-2.E01 - Entire Disk (298.09 GB) |

**Item 15 Details of Analysis:**

### Axiom Bookmarks

**Age Difficult** – This bookmark contains a total of 12 images which depict individuals nude or engaged in sexual acts who look younger than eighteen years old. Without actual identification of the individuals it remains difficult to determine the legal or illegal nature of the images/videos.

**Child Abuse Images** – This bookmark contains 3 images containing child abuse material. The following is a description detailing the images contained in this bookmark:

> **Record 1:** This is an image of a girl approximately 8-12 years old naked, lying on her back with an adult male, naked between her legs leaning into her. The angle of the image shows the girl's chest/nipples but does not show the genitalia of her or the male. The file is an image however there is an graphic of a play button imbedded in the center of the image.
>
> **Record 2:** This is an image of a girl approximately 6-8 years old with a penis pressed to the side of her face. It cannot be determined the age of the male in the image.
>
> **Record 3:** This is an image of a male wearing a tank top and appears to be naked from the waist down. He is holding what appears to be a girl approximately 10-12 years old by the back of her neck and a tuff of her hair, leaning her face forward into a laundry basket. A liquor bottle can be seen in the background. It is possible this is part of a series created that this examiner has viewed prior to the examination.

No other files of evidentiary value were found during the examination of Item #15.

### Other Digital Items Examined

File Number: 2015-
Date

000175

| Item #2 | Hitachi HDD | SN | CND2440GG4 | ECU#  2016-094HS |
| Item #3 | Hitachi HDD | SN | SGDU2GGE | ECU # 2016-094HS |
| Item #6 | Toshiba HDD | SN | 42D4P5ATT | ECU # 2016-094HS |

**Item 2 Details of Analysis:**

Item #2 could not be examined due to the hard drive being broken, corrupt, or otherwise inoperable to a level where it could be recognized by the forensic computer and software.

**Item 3  Details of Analysis:**

Item #3 could not be examined due to the hard drive being broken, corrupt, or otherwise inoperable to a level where it could be recognized by the forensic computer and software.

**Item 6 Details of Analysis:**

No items of evidentiary value were located during the preview examination.

**Item containing contraband:  1-1, 1-2, 15**

**Items clear of contraband:  2, 3, 6, 8, 14**

File Number: 2015-
Date

000176