---

**South Dakota Attorney General's Office**
**Division of Criminal Investigation & Rapid City Police Department**
**Computer/Digital Examination Report**

---

**Offense:** Possession of Child Pornography    **Agency Case Number:** 305-MP-6531720

**DCI Case Number:**

**DCI ECU#:**  2016-004
2016-005
2016-006
2016-007
2016-008
2016-009

**Referring Agency:** FBI    **Referring Officer:** SA Oscar Ramirez

**Send Reports To:**

**Examiner:** Hollie Strand, PCSO    **Location of Exam:** RCPD Computer Lab

**Subject:** Chavez James Spotted Horse
159 Grand River Drive
Little Eagle, SD  57693
DOB:  10/24/76

**Analysis:**
1. Keyword text searches conducted based on information provided by SA Ramirez
2. Graphic files opened and viewed
3. Video files opened and viewed
4. CDs and DVDs reviewed

**Summary of Findings:**
1. Several age-difficult images of females.
2. Several video files with age difficult females labeled "(mysexydaughter.com) 08", "Anal teen POV #1 – Allie Sinn", and "Teeny Bopper Club – Kara Mynor 18 yr"

## Hard Disk Drives Examined

**Item #7**    **ECU#:  2016-006**

**Computer Type:**
**Make and Model:**    **Serial #:**

File Number: 305-MP-6431720
Date 01/05/16



- 1 of 3 -

000177

**HDD Make:** Toshiba                                **Serial #:**

**Type of Exam:** Attempted Forensic Examination
**Software Used:** FTK Imager, drive failed to image       **Write Blocker Used:** Tableau

**BIOS SETTINGS: Date:**     **Time:**     **Actual Date:**     **Actual Time:**

**Operating System:**
**Registered Owner:**
**Computer Name:**
**Time Zone Setting:**
**User Accounts:**

## Item #11                                ECU#: 2016-004

**Computer Type:** NA
**Make and Model:**                         **Serial #:**
**HDD Make:** Seagate                       **Serial #:** 3LF1PXKE

**Type of Exam:** Attempted Forensic Examination
**Software Used:** FTK Imager, drive failed to image       **Write Blocker Used:** Tableau

**BIOS SETTINGS:**   **Computer Date/Time:**
                     **Actual Date/Actual Time:**

**Operating System:**
**Registered Owner:**
**Computer Name:**
**Time Zone Setting:**
**User Accounts:**

## Item #13                                ECU#: 2016-005

**Computer Type:**
**Make and Model:**                         **Serial #:**
**HDD Make:** Samsung                       **Serial #:** 52TCJ90C262387

**Type of Exam:** Attempted Forensic Examination
**Software Used:** FTK Imager, drive failed to image       **Write Blocker Used:** Tableau

**BIOS SETTINGS: Date:**     **Time:**     **Actual Date:**     **Actual Time:**

**Operating System:**
**Registered Owner:**
**Computer Name:**
**Time Zone Setting:**
**User Accounts:**

File Number: 305-MP-6431720
Date 01/05/16

## Detailed Analysis Section

**Item #7 Details of Analysis:** Item failed to image, possibly broken or disabled hard drive

**Item #11 Details of Analysis:** Item failed to image, possibly broken or disabled hard drive

**Item #13 Details of Analysis:** Item failed to image, possibly broken or disabled hard drive

## Other Digital Items Examined

| | | |
|---|---|---|
| Item #4  | Kodak camera, no SD card | ECU # 2016-008 |
| Item #5  | 129 CDs/DVDs             | ECU # 2016-009 |
| Item #9  | 31 CDs                   | ECU # 2016-007 |
| Item #10 | 14 CDs                   | ECU # 2016-007 |
| Item #12 | 3 CDs                    | ECU # 2016-007 |
| Item #15 | Box of CDs               | ECU # 2016-007 |
| Item #16 | 3 CDs/DVDs               | ECU # 2016-007 |

**Narrative Summary:** In Item #5 one CD labeled "Yahoo pix MSD XXX Duke Robuck Movie files 2008" had a folder labeled "decoy". In this folder were many images of young teenage girls however none of which were naked or constituted child pornography. Some of these images could be classified as child erotica given the suggestive poses by some of the girls. Also located in Item #5 several video files with age difficult females labeled "(mysexydaughter.com) 08", "Anal teen POV #1 – Allie Sinn", and "Teeny Bopper Club – Kara Mynor 18 yr"

**Item containing contraband:** NA

**Items clear of contraband:** Items 4, 5, 7, 10, 11, 12, 13, 16

**Attachments:**

File Number:  305-MP-6431720
Date 01/05/16