# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Northern Division

United States of America
V.
Chavez Spotted Horse

**EXHIBIT LIST**

Case Number:  17-10013

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Kornmann, United States District Judge | Troy R. Morley | Edward G. Albright |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| November 6, 2017 | | |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Item #1-1 – Record #16 |
| 2 | | | | | Item #1-1 – Record #70 |
| 3 | | | | | Item #1-1 – Record #234 |
| 4 | | | | | Item #1-1 – Record #357 |
| 5 | | | | | Item #1-1 – Record #492 |
| 6 | | | | | Item #1-1 – Record #521 |
| 7 | | | | | Item #1-2 – Record #31 |
| 8 | | | | | Item #1-2 – Record #178 |
| 9 | | | | | Item #1-2 – Record #211 |
| 10 | | | | | Item #1-2 – Record #219 |
| 11 | | | | | Item #1-1 – Record #331 |
| 12 | | | | | Item #1-1 – Record #446 |
| 13 | | | | | Item #15 – Record #8 |
| 14 | | | | | Item #15 – Record #9 |
| 15 | | | | | Item #15 – Record #15 |
| 16 | | | | | Search Warrant Photograph of bedroom |
| 17 | | | | | Search Warrant Photograph of TV and Laptop in bedroom |
| 18 | | | | | Search Warrant Photograph of hard drives of MSI Computer |
| 19 | | | | | Search Warrant Photograph of Laptop's screen |
| 20 | | | | | Search Warrant Photograph of close-up of Laptop's screen |
| 21 | | | | | Search Warrant Photograph of Disks |

Page 1 of Click here to enter text.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| **United States of America** | | | | vs. | Chavez Spotted Horse | Case No. 17-10013 |
|---|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS* AND WITNESSES** | |
| 22 | | | | | Search Warrant Photograph of bag in closet | |
| 23 | | | | | Search Warrant Photograph of close-up of Laptop in bag in closet | |
| 24 | | | | | Search Warrant Photograph of back of Laptop in bag in closet | |
| 25 | | | | | Search Warrant Photograph of Residence of Chavez Spotted Horse | |
| 26 | | | | | Records from West River Telecom | |
| 27 | | | | | Audio Recording of Chavez Spotted Horse with FBI SA Oscar Ramirez and SA Randy Helderop | |
| 28 | | | | | Curriculum Vitae of Hollie Strand | |
| 29 | | | | | Forensic Report from Hollie Strand | |
| 30 | | | | | MSI Laptop, SN: GX660R-060USK1007000115 | |
| 31 | | | | | Sony Laptop, SN: 275456343005065 | |

Page 2 of Click here to enter text.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.