

FILED
NOV 8 2017
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAVEZ SPOTTED HORSE,<br><br>Defendant. | CR 17-10013-CBK<br><br>VERDICT |

Please return a verdict by placing an "X" in the space provided.

We, the jury in the above entitled action, as to the crime of receipt of images depicting the sexual exploitation of minors as charged in Count 1 of the indictment, find Chavez Spotted Horse:

_____ NOT GUILTY        __X__ GUILTY

If you found Chavez Spotted Horse GUILTY of the crime charged in Count 1 of the indictment, state which one or more of the images listed below you unanimously find were child pornography received by the defendant.

__X__ Exhibit 1          __X__ Exhibit 8
__X__ Exhibit 2          __X__ Exhibit 9
__X__ Exhibit 3          __X__ Exhibit 10
__X__ Exhibit 4          __X__ Exhibit 11
__X__ Exhibit 5          __X__ Exhibit 12
__X__ Exhibit 6          __X__ Exhibit 13
__X__ Exhibit 7          __X__ Exhibit 14

We, the jury in the above entitled action, as to the crime of possession of child pornography, as charged in Count 2 of the indictment, find Chavez Spotted Horse:

    \_\_\_\_\_ NOT GUILTY    \_\_X\_\_ GUILTY

If you found Chavez Spotted Horse GUILTY of the crime charged in Count 2 of the indictment, state which one or more of the images listed below you unanimously find were child pornography possessed by the defendant.

  \_X\_ Exhibit 1     \_X\_ Exhibit 8
  \_X\_ Exhibit 2     \_X\_ Exhibit 9
  \_X\_ Exhibit 3     \_X\_ Exhibit 10
  \_X\_ Exhibit 4     \_X\_ Exhibit 11
  \_X\_ Exhibit 5     \_X\_ Exhibit 12
  \_X\_ Exhibit 6     \_X\_ Exhibit 13
  \_X\_ Exhibit 7     \_X\_ Exhibit 14

Dated this  8th  day of November, 2017.



          Foreperson